



*Michael S. Fabiani*
*Special Counsel*
*Direct: 212.952.1185*
michael.fabiani@hbandglaw.com

January 21, 2020

*Via ECF*

Hon. James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom: MLK 2A
Newark, New Jersey 07101

    **Re:**    *Demetro v. National Association of Bunco Investigators, Inc.*
           Civil Action No.: 2:14-CV-06521-KM-JBC
           Our File No.: 571-1685

Dear Judge Clark,

    We represent defendant National Association of Bunco Investigators, Inc. ("NABI") in the above-referenced action. NABI respectfully requests a brief adjournment of the forthcoming January 24 settlement conference. My client will be attending a funeral on Friday in Westchester County and is unable to attend the conference. I very recently advised all counsel that I would be seeking this relief, and I have not yet heard back from them.

    Thank you for your time and attention in this matter.

                                                           Respectfully submitted,

                                                           Michael S. Fabiani
                                                            Haworth Barber & Gerstman, LLC

MF/mmm

Cc:  *All parties of record via ECF*