

45 Broadway, Suite 2110, New York, NY
10006 212.952.1100 • Fax: 212.952.1110
*www.hbandglaw.com*

*Michael S. Fabiani*
*Special Counsel*
*Direct: 212.952.1185*
michael.fabiani@hbandglaw.com

September 22, 2020

*Via ECF*

ATTN: Honorable James B. Clark, III, U.S.M.J.

United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom: MLK 2A
Newark, New Jersey 07101

**Re:** *Demetro v. National Association of Bunco Investigators, Inc.*
Civil Action No.: 2:14-CV-06521-KM-JBC
Our File No.: 571-1685

Dear Judge Clark,

We represent defendant National Association of Bunco Investigators, Inc. ("NABI") in the above-referenced action.

Currently, before your Honor, is a Telephonic Case Management Conference scheduled for Friday, October 2, 2020 at 12:00PM. Due to a scheduling conflict, we respectfully request that the Telephonic Case Management Conference be adjourned to Thursday, October 15, 2020 at 11:30AM. All parties have consented to this adjournment.

Thank you for your time and attention in this matter.

Respectfully submitted,

Michael S. Fabiani
Haworth Barber & Gerstman, LLC

MF/lp

Cc: *All Counsel of Record*