# CELLI, SCHLOSSBERG, DE MEO, & GIUSTI, P.C.
ATTORNEYS AT LAW
1719 Route 10 East-Suite 102
Parsippany, New Jersey 07054
(973) 292-7500
Fax (973) 539-3359
E-Mail: info@csdglaw.com

**Vincent P. Celli, APM**
   NJ & DC (Inactive) Bar
   Fellow American Academy of
   Matrimonial Lawyers
**Alfonse A. DeMeo**
   NJ Bar
**Katherine E. Giusti**
   NJ Bar

**Michael J. Schlossberg**
(1943-2000)

January 19, 2021

<u>VIA E-FILE</u>
Magistrate Judge James B. Clark, U.S.M.J.
United States District Court
Newark Vicinage
50 Walnut Street
Newark, New Jersey 07101

Re:   Clark DeMetro, et. al. vs. National Association of BUNCO, et als.
      Docket No.: 2:14-cv-06521-KM-SCM

Dear Judge Clark:

My office represents the Plaintiffs with regard to the above matter. This matter is currently scheduled for a settlement conference on January 27, 2021.

Please be advised that I have a previously scheduled domestic violence trial in the matter entitled <u>Malka vs. Malka</u> in Hudson County. Therefore, I am respectfully requesting this matter be adjourned and rescheduled.

By copy of this letter, I am advising my adversaries, Susan O'Connor, Esq. and Michael S. Fabiani, Esq. of my request.

Kindly advise if my request is granted.

Any and all courtesies extended to me and my client is greatly appreciated. I remain,

Respectfully submitted,

/s/ *Alfonse A. De Meo*

Alfonse A. De Meo, Esq.

CC:   Client
      Susan O'Connor, Esq.
      Michael S. Fabiani, Esq.