**HOAGLAND LONGO**
**MORAN, DUNST & DOUKAS, LLP**
**ATTORNEYS at LAW**

40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08901
Tel: (732) 545-4717  Fax: (732) 545-4579
www.hoaglandlongo.com

Susan K. O'Connor
Partner
so'connor@hoaglandlongo.com

January 27, 2021

James B. Clark, III, U.S.M.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:   DeMetro, Clark v. National Association of Bunco Investigations, Robert Pochek, et al**
> Our File No.:   6125466 - SO
> Claim No. (Qual-Lynx):Z03712
> Docket No.:     2:14-cv-06521-KM-JBC

Dear Judge Clark:

Pursuant to Plaintiff's counsel's request, the settlement conference scheduled for January 27, 2021 at 2:00 PM has been adjourned to February 23, 2021 at 2:00 PM. (D.E. 122).  Please be advised that I will be away and will be unable to participate in the conference on that date.   I would respectfully request that the February 23, 2021 conference be adjourned.  Counsel for all parties have consented to this request.

Respectfully submitted,

*/s/ Susan K. O'Connor*

SUSAN K. O'CONNOR

SO:pw
cc:   Scott L. Haworth, Esq. @ Haworth Barber & Gerstman, LLC
      Richard Barber, Esq. @ Haworth Barber & Gerstman, LLC
      Alfonse A. De Meo, Esq. @ Celli, Schlossberg, De Meo & Guisti, P.C.