Susan K. O'Connor, Esq.
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendants, Township of Woodbridge and Robert Pochek

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiffs, | HONORABLE KEVIN McNULTY, U.S.D.J. |
| CLARK DeMETRO and CLARK & SONS CONSTRUCTION, LLC. | DOCKET NO. 2:14-cv-06521-KM-JBC |
| vs. | **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, ROBERT POCHEK** |
| Defendants, | |
| NATIONAL ASSOCIATION OF BUNCO INVESTIGATIONS, ROBERT POCHEK, TOWNSHIP OF WOODBRIDGE and JOHN DOE, JOHN DOE being a fictitious name representing one or more persons | |

It is hereby stipulated and agreed by and between the attorneys for the parties that the within action, including claims and cross-claims, be and the same are voluntarily dismissed with prejudice and without costs as to Defendant, Robert Pochek.

CELLI, SCHLOSSBERG, DE MEO & GUISTI, P.C.
Attorneys for Plaintiff(s), Clark DeMetro, Clark & Sons Construction, LLC, and American Romani Civil Rights Group

By: _____
ALFONSE A. DE MEO

Dated: 5/17/2021

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendants, Township of Woodbridge and Robert Pochek

By: _____
SUSAN K. O'CONNOR

Dated: 6/2/2021

HOAGLAND, LONGO,
MORAN, DUNST &
DOUKAS, LLP

40 PATERSON STREET
NEW BRUNSWICK, NJ
08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

HAWORTH BARBER & GERSTMAN, LLC
Attorneys for Defendant, National Association of Bunco Investigations (NABI)

By: *s/ Richard Barber*
     RICHARD BARBER

Dated: 6/3/21

SO ORDERED:

_____
HONORABLE KEVIN McNULTY

pw

HOAGLAND, LONGO,
MORAN, DUNST &
DOUKAS, LLP

40 PATERSON STREET
NEW BRUNSWICK, NJ
08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701