UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HAWORTH BARBER & GERSTMAN, LLC
Richard Barber (RB–4730)
505 Main Street, Suite 212
Hackensack, New Jersey 07601
Telephone: (201) 831-1400
Facsimile: (201) 831-1401
Attorneys for Defendant
National Association of Bunco Investigators

-----------------------------------------------------------------X

| | |
|---|---|
| CLARK DEMETRO, UNION COUNTY, NEW JERSEY and CLARK & SONS CONSTRUCTION, LLC., UNION COUNTY, NEW JERSEY, <br><br> Plaintiffs, <br> vs. <br><br> NATIONAL ASSOCIATION OF BUNCO INVESTIGATIONS, BALTIMORE COUNTY, MARYLAND <br><br> And <br><br> ROBERT POCHEK, individual capacity MIDDLESEX COUNTY, NEW JERSEY <br><br> And <br><br> TOWNSHIP OF WOODBRIDGE, NEW JERSEY <br><br> And <br><br> JOHN DOE, JOHN DOE BEING A FICTITIOUS NAME REPRESENTING ONE OR MORE PERSONS, <br><br> Defendants | CASE NUMBER.: <br><br> 2:14-cv-06521-KM-SCM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that any and all claims and crossclaims against National Association of Bunco Investigators in the above-captioned action are dismissed, with prejudice and without costs.

Copies of this stipulation with facsimile signatures signed in counterparts may be used for all purposes in lieu of the original with original signatures.

| | |
|---|---|
| _____<br>Alfonse A. De Meo, Esq.<br>Alfonse A. De Meo, Esq. P.C.<br>60 Washington Street, Suite 301<br>Morristown, New Jersey 07960<br>Telephone: (973) 284-1444<br>Facsimile: (973) 539-3359<br>Attorneys for Plaintiffs<br><br>Dated: 5/17/2021 | /s/ Richard Barber<br>Richard Barber, Esq.<br>Haworth Barber & Gerstman, LLC<br>505 Main St, Suite 212<br>Hackensack, New Jersey 07601<br>Telephone: (201) 831-1400<br>Facsimile: (201) 831-1401<br>Attorneys for Defendant<br>National Association of Bunco<br>Investigators<br><br>Dated: April 29, 2021 |

_____
Susan K. O'Connor, Esq.
Hoagland, Longo, Moran, Dunst
& Doukas, LLP
40 Paterson Street
New Brunswick, New Jersey 08903
Telephone: (732) 545-4717
Facsimile: (732) 545-4579
Attorneys for Defendant
Robert Pochek and Township of Woodbridge,
New Jersey

Dated:

Copies of this stipulation with facsimile signatures signed in counterparts may be used for all purposes in lieu of the original with original signatures.

<table>
<tr><td>

_____
Alfonse A. De Meo, Esq.
Alfonse A. De Meo, Esq. P.C.
60 Washington Street, Suite 301
Morristown, New Jersey 07960
Telephone: (973) 284-1444
Facsimile: (973) 539-3359
Attorneys for Plaintiffs

Dated:

</td><td>

/s/ Richard Barber
Richard Barber, Esq.
Haworth Barber & Gerstman, LLC
505 Main St, Suite 212
Hackensack, New Jersey 07601
Telephone: (201) 831-1400
Facsimile: (201) 831-1401
Attorneys for Defendant
National Association of Bunco
Investigators

Dated: April 29, 2021

</td></tr>
</table>

_____
Susan K. O'Connor, Esq.
Hoagland, Longo, Moran, Dunst
& Doukas, LLP
40 Paterson Street
New Brunswick, New Jersey 08903
Telephone: (732) 545-4717
Facsimile: (732) 545-4579
Attorneys for Defendant
Robert Pochek and Township of Woodbridge,
New Jersey

Dated:  April 29, 2021